IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
PROGRESSIVE SPECIALTY      )
INSURANCE COMPANY,         )
                           )
     Plaintiff,            )
                           )         CIVIL ACTION NO.
     v.                    )           1:16cv220-MHT
                           )
THE ESTATE OF JACK WILLIAM )
MOCK, Deceased; et al.;    )
                           )
     Defendants.           )
```

OPINION AND ORDER

Plaintiff filed this declaratory-judgment action seeking a determination of its rights and responsibilities under a written policy of insurance. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant Amber Camile Nevels's motion to dismiss be denied and the case be referred back to the magistrate judge. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

\* \* \*

Accordingly, it is ORDERED that:

(1) The United States Magistrate Judge's recommendation (doc. no. 19) is adopted.

(2) Defendant Nevels's motion to dismiss (doc. no. 9) is denied.

(3) This case is referred back to the magistrate judge for further proceedings.

DONE, this the 8th day of August, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**