IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY ) <br> INSURANCE COMPANY,      ) <br>                          ) <br>     Plaintiff,          ) <br>                          ) <br>     v.                   ) <br>                          ) <br> THE ESTATE OF JACK WILLIAM ) <br> MOCK, Deceased; et al.;  ) <br>                          ) <br>     Defendants.         ) | CIVIL ACTION NO. <br> 1:16cv220-MHT <br> (WO) |

OPINION AND ORDER

Plaintiff filed this declaratory-judgment action seeking a determination of its rights and responsibilities under a written policy of insurance. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's application for entry of default judgment against the Estate of KLN be granted only to the extent the application seeks a clerk's entry of default. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

* * *

Accordingly, it is ORDERED that:

(1) The United States Magistrate Judge's recommendation (doc. no. 27) is adopted.

(2) Plaintiff's application for entry of default judgment (doc. no. 20) is (a) granted to the extent that the application seeks a clerk's entry of default and (b) denied without prejudice as to the request for a default judgment.

(3) Default is entered against the defendant Estate of KLN.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 9th day of February, 2017.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**